**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **ROGER D. SEXTON JR.** | : | **CIVIL ACTION NO.: 1:11-cv-222-SSB** |
| **Plaintiff,** | : | **Judge Sandra Beckwith** |
| | | **Magistrate Judge Stephanie Bowman** |
| **v.** | : | |
| | : | |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2008-5 and BANK OF AMERICA,** | : | **CORPORATE DISCLOSURE STATEMENT** |
| **Defendants.** | : | |

Pursuant to the Corporate Disclosure statement provisions in Local Civil Rule 7.1.1:  Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclosure any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Deutsche Bank National Trust Company

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    __X__ Yes              __ No

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

    Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., is a wholly owned subsidiary of Deutsche Bank Holdings, Inc., which is a wholly owned subsidiary of Deutsche Bank Trust Corporation, which is a wholly owned subsidiary of Taunus Corporation, which is a wholly owned subsidiary of Deutsche Bank AG, a publicly held corporation.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?  ___X__ Yes              __ No

If the answer is Yes, list the identify of such corporation and the nature of the financial interest.

    Deutsche Bank AG

    /s/  Erin M. Alkire
Erin M. Alkire, Esq. (0074212)
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Phone: 513-352-6743
Fax:  513-241-4771
email:  erin.alkire@thompsonhine.com

Scott A. King (0037582)
Thompson Hine LLP
10 W. Second Street
2000 Courthouse Plaza NE
Dayton, Ohio 45402
Phone:  947-443-6560
Fax:  947-443-6830
email:  scott.king@thompsonhine.com

Kip T. Bollin (0065275)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH  44114-1291
Phone:  (216) 566-5500
Fax:  (216) 566-5800
email:  *Kip.Bollin@ThompsonHine.com*

*Counsel for Defendants Deutsche Bank National Trust Company as Trustee for GSAA Home Equity Trust 2008-5 and Bank of America*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served using the Court's electronic filing system on this 26th day of May, 2011.

/s/  Erin M. Alkire

815715.1